IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELIE JEAN PIERRE,

    Plaintiff,

v.                                        CASE NO. 1:03-cv-00156-MP-AK

ITALIAN FOOD ENTERPRISES INC,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 23, Motion to Dismiss, doc. 22, Motion for sanctions, and doc. 24, Motion to reopen plaintiff's deposition at plaintiff's expense. All three of these motions are based on defendant's assertion that "Plaintiff's testimony is so irrefutably false that his complaint constitutes nothing less than a fraud upon the Court." Doc. 23, p. 7. As plaintiff points out in his response, however, analysis of this statement requires extensive examination of facts outside the pleadings and thus renders the matter inappropriate for a motion to dismiss. Thus, the motions at doc. 22, 23 and 24 are denied, without prejudice to raising the issues again at summary judgment.

    **DONE AND ORDERED** this _22nd_ day of April, 2005

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge