IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELIE JEAN PIERRE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO. 1:03-cv-00156-MP-AK

ITALIAN FOOD ENTERPRISES INC,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on Doc. 38, Stipulation of Dismissal With Prejudice, in which the parties jointly move for dismissal of this case with prejudice.  Pursuant to the Stipulation, it is hereby

**ORDERED AND ADJUDGED:**

The above cause is hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

**DONE AND ORDERED** this  *28th*   day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge